COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Glenn Blair v. Angela McClinton

Appellate case number:      01-16-00431-CV

Trial court case number:    15-DCV-228828

Trial court:                505th District Court of Fort Bend County

Appellant's motion objecting to AOG Redacted Response Submitted into the Court's Official Record is DENIED.

It is so ORDERED.

Judge's signature: /s/ Jane Bland
      ☑ Acting individually   ☐ Acting for the Court

Date: June 8, 2017